Drew L. Johnson
Kathryn Tassinari
sherwoodreese@comcast.net
kathrynt50@comcast.net
1700 Valley River Drive
Eugene, OR  97401
(541) 434-6466
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| SAMUEL J. HUNT,<br><br>                Plaintiff,<br><br>vs.<br><br>CAROLYN W. COLVIN,<br>Commissioner of Social Security Administration,<br><br>                Defendant. | Civil No. 6:12-01964-HZ<br>9th Circuit CA Case No. 13-36205<br><br>**ORDER FOR ATTORNEY FEES PURSUANT TO EAJA** |

After considering the Stipulated Motion submitted by the parties herein, Order hereby grants that Commissioner shall pay the sum of $12,000.00 for attorney fees and $250.90 costs upon verification that Plaintiff has no debt to the government which qualifies for offset pursuant to the reasoning in *Astrue v. Ratliff,* 560 U.S. 586, 130 S. Ct. 2521, 2527 (2010) (EAJA awards fees subject "to a federal administrative offset if the Litigant has outstanding federal debts") in full settlement of all claims under EAJA.

1 - ORDER FOR ATTORNEY FEES PURSUANT TO EAJA

If Plaintiff has no such federal debt, payment of $12,000.00 and $250.90 costs shall be made to Plaintiff's attorney and mailed to his office at 1700 Valley River Drive, Eugene, OR 97401. If Plaintiff has such debt, the check for any remaining funds after offset shall be made out to Plaintiff and mailed to counsel's office at the address provided above.

IT IS SO ORDERED this day of July __18__, 2016

                                                _____
                                                MARCO A. HERNANDEZ
                                                U.S. District Judge

PRESENTED BY:

By:   /s/ DREW L. JOHNSON
        Drew L. Johnson, OSB #75200
        Of Attorneys for Plaintiff

2 - ORDER FOR ATTORNEY FEES PURSUANT TO EAJA