IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

SAMUEL J. H.,[1]

    Plaintiff,

v.

NANCY A. BERRYHILL, Acting
Commissioner of the Social Security
Administration,

    Defendant.

No. 6:12-cv-01964-HZ

ORDER

After considering Plaintiff's Motion, and in light of no objection from Defendant, the Court GRANTS Plaintiff's Motion for Approval of Attorney's Fees Pursuant to 42 U.S.C. § 406(b). Accordingly, the Court awards to Plaintiff attorney's fees in the amount of $14,132.25 pursuant to § 406(b). Defendant shall pay that amount, less an administrative assessment pursuant to 42 U.S.C. § 406(d), to Plaintiff's counsel, Drew L. Johnson, PC, 1700 Valley River Drive, Eugene, OR 97403. There are no other costs.

DATED this 5 day of ~~February, 2018~~ March, 2019.

/s/ Marco A. Hernández
MARCO A. HERNÁNDEZ
United States District Judge

---

[1] In the interest of privacy, this Order uses only Plaintiff's first name and the initial of his last name.

1 – ORDER